ANNIE McNEILL, Respondent, *v.* GRETA V. STAFFORD, Appellant, Impleaded with Another.
JULIA SULLIVAN, Respondent, *v.* GRETA V. STAFFORD, Appellant, Impleaded with Another.

Argued June 8, 1937; decided July 13, 1937.

511

*Daniel Mungall* and *Edwin C. Markel* for appellant.
*Ralph Stout, Edgar F. Hazleton* and *Harry S. Austin* for respondents.

In each case: judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.